NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY DEMETRUIS WEDLOW,      )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D18-1383
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada,
Judge.

Gregory Demetruis Wedlow, pro se.


PER CURIAM.

          Affirmed.  See State v. Matthews, 891 So. 2d 479 (Fla. 2004); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA

2007); Vidak v. State, 793 So. 2d 27 (Fla. 2d DCA 2001); Haynes v. State, 106 So. 3d

481 (Fla. 5th DCA 2013); Cooper v. State, 902 So. 2d 945 (Fla. 4th DCA 2005).


CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.